IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LOUISE TERRELL<br>formerly known as<br>Louise Quilter,<br><br>    Plaintiff,<br><br>        v.<br><br>PROSPERITY FINANCIAL<br>SOLUTIONS, INC.<br>an Illinois corporation,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:12-CV-2515-TWT |

## ORDER

This is an action seeking damages under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting the Plaintiff's Motion for Default Judgment [Doc. 9]. No objections to the Report and Recommendation were filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Motion for Default Judgment [Doc. 9] is GRANTED.

T:\ORDERS\12\Terrell\r&r.wpd

SO ORDERED, this 18 day of June, 2013.

                                            /s/Thomas W. Thrash
                                            THOMAS W. THRASH, JR.
                                            United States District Judge